Abdul Jaleel WAHAB, also known
as Abdool Jaleel Wahab,
Petitioner–Appellant,

v.

UNITED STATES of America,
Respondent–Appellee.

No. 04–30045.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided July 20, 2004.

Abdul Jaleel Wahab, # 43052–004,
A43874377, Oakdale, LA, for pro se.

Before DUHÉ, DeMOSS, and
PICKERING, Circuit Judges.

PER CURIAM: [1]

Abdul Jaleel Wahab, federal prisoner
# 43052–004, appeals the district court's
dismissal of his *quo warranto* action for
lack of standing. Wahab argues that he
did not consent to the magistrate judge's
exercise of jurisdiction in his 28 U.S.C.
§ 2241 proceeding and that, as a matter of
public interest, he has a right to inquire
the basis for the magistrate judge's exer-
cise of authority.

Wahab's arguments are insufficient to
establish standing to bring a *quo warranto*
action. *See Lujan v. Defenders of Wild-
life,* 504 U.S. 555, 560–61, 112 S.Ct. 2130,

1. Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

119 L.Ed.2d 351 (1992). Because this appeal lacks arguable merit, it is dismissed as frivolous. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983); 5TH CIR. R. 42.2.

APPEAL DISMISSED.